## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| **v.** | : | |
| | : | |
| **JASON WRIGHT,** | : | **18 U.S.C. § 2252A(a)(5)(B), (b)(2)** |
| | : | **(Possession of Child Pornography)** |
| Defendant. | : | |
| | : | |

### INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

Between on or about November 12, 2007 through on or about January 14, 2008, in the

District of Columbia, **JASON WRIGHT** knowingly possessed images of child pornography, as

defined in 18 U.S.C. § 2256, which items depicted minors under the age of 18 that had been

transported in interstate and foreign commerce by any means, including by a computer.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections
2252A(a)(5)(B) and (b)(2) and 2256).

CHANNING D. PHILLIPS
Acting United States Attorney


By: _____/s/_____
FREDERICK W. YETTE, AUSA, #385391
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 353-0814
Frederick.Yette@usdoj.gov