**FILED**
**JAN 07 2010**
**U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 09-311 (ESH) |
| v. | : |
| JASON WRIGHT, | : 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |
| Defendant. | : (Possession of Child Pornography) |

## STATEMENT OF FACTS
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on or about November 12, 2007 and January 14, 2008, defendant Jason Wright (hereinafter, "Wright" or "defendant") violated 18 U.S.C. § 2252A(a)(5)(B), (b)(2), Possession of Child Pornography.

In 2007, the defendant was employed as a construction project manager by PN Hoffman, a real estate development company in Washington, D.C. Wright's employer assigned to him a company-owned laptop computer to be used for work-related purposes. When Wright logged onto his laptop and his company account, all of the files stored on his laptop would download to, and be stored on, the company's central computer network server. During the time period at issue, various company employees complained that the company's computer network was too slow and that gaining access to the internet was difficult. In response to the complaints, the company's Information Technology Manager ("IT Manager") began monitoring the network and how the

employees were using it. The IT Manager determined that Wright was using about 90% of the company's network resources because Wright was using "Bitorrent," a peer-to-peer software program, to download pornographic materials.

On January 11, 2008, the IT Manager reviewed some of the images that Wright had been downloading from the internet onto his laptop, and consequently onto the company's network server. The IT Manager viewed numerous images of what he considered to be images of child pornography, and reported his findings to company officials, who fired the defendant on January 14, 2008.

The company informed the Federal Bureau of Investigation about the images on Wright's laptop computer and their network server. The server was located in the District of Columbia and Wright often used his laptop to obtain and view images of child pornography while he was in the District of Columbia. The FBI seized the laptop and server and an analysis was conducted on the items. FBI Special Agent Michael French was assigned to investigate the matter. Agent French has reviewed the images on the defendant's laptop computer and determined that there are 284 images of child pornography, that is, images showing female children under the age of 18 posing in a lascivious manner by exhibiting their genitals and pubic area for the sexual gratification of the viewer.

On June 4, 2009, Agent French conducted a non-custodial interview with Wright at Wright's home in Maryland. During the interview, Wright admitted that when he worked for PN Hoffman he used his company laptop to access the internet and download images of child pornography, including images of girls as young as eleven to sixteen years old who were posing naked, and

engaging in sexually explicit conduct. Wright also admitted that he knew he was breaking the law by possessing and viewing the images of child pornography.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-0814
Frederick.Yette@usdoj.gov

**Defendant's Acceptance of Factual Proffer**

I have read this Statement of Facts in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Facts and all matters relating to it. I fully understand this Statement of Facts and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

__1-07-10_____          _____
Date                                            Jason Wright

**Defense Counsel's Acknowledgment**

I am Jason Wright's attorney. I have reviewed every part of this Statement of Facts in Support of Guilty Plea with him. It accurately and completely sets forth the Statement of Facts agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

__1/7/2010_____          _____
Date                                            Timothy F. Maloney, Esq..